43 So.2d 145

## WOODALL v. STATE.
### 4 Div. 127.

Court of Appeals of Alabama.
Nov. 15, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

This appeal is here on the record proper without transcription of the testimony.

The record is regular in all respects except the judgment entry. The jury assessed a fine of $500.00, but the court failed to formally sentence the defendant for the fine and costs. Crane v. State, 33 Ala.App. 284, 32 So.2d 784.

The judgment of the lower court is ordered affirmed and the cause is remanded for proper sentence.

Affirmed. Remanded for proper sentence.